**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LENNOX EMANUEL,

      Plaintiff,

v.

                                                       Case No. 13-13175

COUNTY OF WAYNE, et al.,

      Defendants.

_____/

**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO EXTEND DATES**

Pending before the court is a Motion to Extend Scheduling Order Dates (Dkt. # 24) filed by Plaintiff on September 25, 2014.  Plaintiff, an attorney representing himself, fractured his left tibia on September 13, 2014.  He now seeks to adjourn discovery for 120 days.  Defendants are not opposed to a reasonable extension of time.  The court will extend the discovery deadlines six weeks. Accordingly,

IT IS ORDERED Plaintiff's Motion to Extend Scheduling Order Dates (Dkt. # 24) is GRANTED IN PART.

IT IS FURTHER ORDERED that the Scheduling Order is modified as follows:

Final Witness Lists are now due **January 16, 2015.**

The Discovery Deadline is extended to **February 2, 2015.**

The Dispositive Motion Deadline is extended to **March 9, 2015.**

The Joint Final Pretrial Order and Jury Instructions are now due **June 8, 2015.**

The Final Pretrial/Settlement Conference will be held on approximately **June 15, 2015 at 2:00 p.m.**

The case will be placed on the Court's trial docket for **June 29, 2015 at 9:00 a.m.**

         s/Robert H. Cleland
         ROBERT H. CLELAND
         UNITED STATES DISTRICT JUDGE

Dated:  November 10, 2014


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 10, 2014, by electronic and/or ordinary mail.

         s/Lisa Wagner
         Case Manager and Deputy Clerk
         (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\13-13175.EMANUEL.ExtendDates.ml.wpd