UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LENNOX EMANUEL,

    Plaintiff,

v.                                    Case No. 13-13175

COUNTY OF WAYNE, *et al.*,

    Defendants.
                                           /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendants' Motion for Summary Judgment" dated August 13th, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants County of Wayne, Officer Assad Turfe, Officer Jason Mathews, and Officer Sheri Tanner. Dated at Detroit, Michigan, this 13th day of August 2015.

                                             DAVID J. WEAVER
                                             CLERK OF THE COURT

                                              s/ Lisa Wagner
                                         By:  Lisa Wagner, Case Manager
                                           to Judge Robert H. Cleland