UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LENNOX EMANUEL,

    Plaintiff,

v.                                CIVIL NO. 13-CV-13175-DT

COUNTY OF WAYNE, et al.,

    Defendants.
_____/

## ORDER DIRECTING FUNDS TO BE DEPOSITED
## WITH THE CLERK OF THE COURT

On February 10, 2016 this court denied Plaintiff's "Motion for Stay of Order Regarding Bond on Costs to Appeal". The funds have since been submitted to the Clerk of the Court for deposit. Therefore to further clarify the court's order,

IT IS ORDERED that the Clerk of the Court is directed to hold Plaintiff's cash bond and is authorized to place this payment into the Court's registry until further order of this Court.

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: March 18, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 18, 2016, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522